Eugene Jerome CUNNINGHAM,
Petitioner—Appellant,

v.

WARDEN FCI BENNETTSVILLE,
Respondent—Appellee,

and

United States of America; District of
Columbia, Municipal Incorporation,
Defendants.

No. 11–6755.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Eugene Jerome Cunningham, Appellant
Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Jerome Cunningham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cunningham v. Warden,* No. 9:10–cv–02105–CMC (D.S.C. June 1, 2011). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*